UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIANNE CANTIERI, | ) |
|          Plaintiff, | ) |
| vs. | ) No. |
| MARRIOTT INTERNATIONAL, INC., | ) |
|          Defendant. | ) Jury Demand |

**COMPLAINT
AS AND FOR A FIRST CAUSE OF ACTION
(DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT)**

**NATURE OF ACTION**

1. This is an action under Title I of the Americans with Disabilities Act of 1991 (ADA), to correct unlawful employment practices on the basis of a disability (handicap) and to make whole Plaintiff. **MARIANNE CANTIERI,** ("**CANTIERI**"). Defendant, **MARRIOTT INTERNATIONAL, INC.,** ("**MARRIOTT**") discriminated against Marriott, a qualified individual with a disability, because of her disability.

**JURISDICTION AND VENUE**

2. Jurisdiction of this action is invoked pursuant to 28 U.S.C.A. & 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to American with Disabilities Act of 1990. Venue is proper in this District under 28 U.S.C. Section 1391 (b). The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

3. Cantieri filed a discrimination charge against Marriott with the Equal

Employment Opportunity Commission (EEOC). That charge was timely filed (see Exhibit "A").

4. On May 4, 2022, Cantieri was sent a notice from the EEOC of her right to bring this action (see Exhibit "B"), and Cantieri timely filed this action.

## PARTIES

5. Cantieri is an adult person and a resident of Cook County, and State of Illinois.

6. Cantieri is an employee of Marriott since 1995 and her most recent position was Staff Accountant.

7. At all times relevant, Marriott, has been a Delaware corporation formed under the laws Delaware and doing business in Illinois.

8. Marriott is an employer within the meaning of the ACT and has been at all times material to the allegations herein.

9. Cantieri has the permanent disability diagnosis, Asthma that substantially limits one or more of her major life activities including but not limited to breathing.

## FACTUAL ALLEGATIONS

10. On or about July 26, 2021, Cantieri had meeting with the Market Director of Human Resources, Jennie Scott ("Scott") about her asthma and her inability to wear a mask during work. Scott advised Cantieri that she would need to provide a letter from her physician.

11. On or about August 3, 2021, Scott denied Cantieri accommodation request that she be exempted from Marriott's mask policy due to her disability.

12. Cantieri was placed on unpaid leave from early August 2021, until approximately September 7, 2021.

13. On August 27, 2021, Cantieri filed a charge of discrimination with the EEOC due to defendant denying her accommodation request due to her disability.

14. On or about September 10, 2021, Cantieri resigned from Marriott due to her accommodation request being denied and her unfair treatment which included the unpaid leave of absence and delay in granting accommodations.

## COUNT II
## (ADA – FAILURE TO ACCOMMODATE)

15. Plaintiff re-alleges paragraphs 1 through 14 and incorporates them as if fully set forth herein.

16. The ADA requires employers to make reasonable disability accommodations to qualified individuals with a disability so long as such accommodation would not create an undue hardship for the employer.

17. Plaintiff is a qualified individual with a disability in that she could perform the essential functions of his job with reasonable accommodations.

18. By its conduct as alleged herein, Defendant denied Plaintiff's reasonable disability accommodation.

19. As a result of Defendant's actions, Plaintiff has suffered lost wages and emotional distress.

20. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless disregard of Plaintiff's right to be free from impermissible disability discrimination, including failing provide her with reasonable disability accommodations.

21. Plaintiff demands to exercise her right to a jury trial of this matter.

## PRAYER FOR RELIEF

WHEREFORE, CANTIERI prays for judgment as follows:

1. Declare the conduct engaged in by Marriott to be in violation of Cantieri's rights;

2. For injunctive relief, including but not limited to relief required to make Cantieri

whole for the losses caused by the violations of Marriott.

3. For compensatory damages in an amount according to proof;

4. For costs of suit, including reasonable attorney's fees and expert fees; and

5. For such other and further relief as the COURT deems proper.

MARIANNE CANTIERI

BY:**/s/ Michael T. Smith**
Michael T. Smith
Trial Attorney

Michael T. Smith (6180407IL)
Attorney for the Plaintiff
LAW OFFICES OF MICHAEL T. SMITH & ASSOC., P.C.
10 N. Martingale Road, Suite 400
Schaumburg, IL 60173
(847) 466-1099
Msmith39950@aol.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIANNE CANTIERI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.** |
| | ) | |
| **MARRIOT INTERNATIONAL, INC.,** | ) | |
| | ) | |
| | ) | **Jury Demand** |
| **Defendant.** | ) | |

# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA<br>[X] EEOC | 440-2021-06197 |

and EEOC

State or local Agency, if any

| | S.S. No. |
|---|---|

**NAME** (Indicate Mr., Ms., Mrs.)
Ms. Marianne Cantieri

**HOME TELEPHONE** (Include Area Code)
(847) 912-5981

**STREET ADDRESS          CITY, STATE AND ZIP CODE**
319 Kemah Lane. Schaumburg, Illinois 60193

**DATE OF BIRTH**
1967

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
Marriot International (Westin Michigan Ave.)

**NUMBER OF EMPLOYEES, MEMBERS**
500

**TELEPHONE** (Include Area Code)
312-649-6479

**STREET ADDRESS          CITY, STATE AND ZIP CODE**
909 N. Michigan Ave.     Chicago, IL 60611

**COUNTY**
Cook

**NAME**

**TELEPHONE NUMBER** (Include Area Code)

**STREET ADDRESS          CITY, STATE AND ZIP CODE**

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [X] DISABILITY  [ ] OTHER (Specify) Hostile Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): July 26, 2021
LATEST (ALL): Present
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I started working for the Respondnet on November 16, 1995. My most recent position is Staff Accountant. I have been discriminated based upon my Disability (Allergies and Asthma) and was denied a reasonable accomodation by my employer.

I believe that I have beed discriminated against based on my disability in violation of the American with Disabilities Act of 1990 as amended

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

**SIGNATURE OF COMPLAINANT**

Date 08/06/2021        *Marianne Cantieri*        Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIANNE CANTIERI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| **MARRIOT INTERNATIONAL, INC.,** | ) | |
| | ) | **Jury Demand** |
| **Defendant.** | ) | |

**COMPLAINT**

# EXHIBIT B



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Marianne Cantieri
c/o Michael T Smith
Law Office of Michael T. Smith
10 N. Martingale Road., Suite 400
Schaumburg, IL 60173

**Charge No: 440-2021-06197**

EEOC Representative and email:   Kimberly Engram, Sr. Investigator
kimberly.engram@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2021-06197.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
5/4/2022

Julianne Bowman, District Director

**cc:** MARRIOTT INTERNATIONAL, INC.

Please retain this notice for your records.